**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> vs. <br><br> LOAN NETWORK, LLC, <br><br> Defendant. | CASE NO. C09-1026 TSZ <br><br> **ORDER GRANTING <br> UNOPPOSED MOTION TO ENLARGE** |

On this day, came to be considered, Plaintiff Lehman Brothers Holdings Inc.'s ("LBHI") Unopposed Motion to Enlarge the Time to Answer or Otherwise Respond ("Unopposed Motion to Enlarge"). After considering the Unopposed Motion to Enlarge, noting that it is unopposed, the Court is of the opinion that the Unopposed Motion to Enlarge should be, and hereby is, GRANTED. Therefore,

It is ORDERED, ADJUDGED AND DECREED, that LBHI's deadline to file an answer or otherwise respond to Defendant Loan Network LLC's Answer, Affirmative Defenses and Counterclaim is extended to December 21, 2009.

DATED this 15th day of December, 2009.

_____
Thomas S. Zilly
United States District Judge